FILED BY _____ D.C.

05 SEP 20 AM 11: 23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

AZMAN ENTERPRISES, INC., et al.,

    Plaintiffs,

vs.

                                  Case No. 05-2349 D V

CONOCO PHILLIPS COMPNAY, INC.,

    Defendant.

## ORDER TRANSFERRING CASE

It appearing to the court that the parties have agreed to have this matter tried before the Magistrate Judge.

IT IS THEREFORE ORDERED that the above-referenced case is hereby transferred to the Magistrate Judge for all further proceedings including trial.

IT IS SO ORDERED this 15 day of September 2005.

                                  BERNICE BOUIE DONALD
                                  UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02349 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

Stephen P. Hale
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

W. Michael Richards
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Buffey Klein
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT