UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

## AZMAN ENTERPRISES, INC. and
HUSSAIN "TONY" CHAGANI,

PLAINTIFF(S)                          JUDGMENT IN A CIVIL CASE

VS

CONOCOPHILLIPS COMPANY,
successor to TOSCO CORPORATION        CASE NO: 05-2349-V
by merger,

DEFENDANT(S)

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.


**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Order Granting Plaintiff's Motion For Summary Judgment And Denying Defendant's Cross-Motion For Summary Judgment entered on May 3, 2006, and the Supplemental Order On Plaintiff's Motion For Summary Judgment Awarding Damages, pursuant to FRCP 41(a)(1)(ii) entered on July 10, 2006.  Judgment is awarded in favor of the plaintiff in the amount of $39,045.18.




APPROVED:


s/Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

 August 8, 2006                    Thomas M. Gould
Date                              Clerk of Court


                                   S/Betty Guy
                                  (By)  Deputy Clerk